PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

FILED
CLERK, U.S. DISTRICT COURT
06/14/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

DOCKET NUMBER *(Tran. Court)*
17CR03858-001

DOCKET NUMBER *(Rec. Court)*
5:22-cr-00145-JGB

| NAME AND ADDRESS OF | DISTRICT | DIVISION |
|---|---|---|
| Cesar Bautista<br>Central District of California | Southern California | San Diego |

NAME OF SENTENCING JUDGE
Cathy Ann Bencivengo
U.S. District Judge

| DATES OF | FROM | TO |
|---|---|---|
| Supervised Release | 1/18/2022 | 1/17/2026 |

**OFFENSE**

21 U.S.C. §§ 952 and 960, Importation of Methamphetamine, a Class C felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

5/9/2022
Date

Cathy Ann Bencivengo
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named be accepted and assumed by this Court from and after the entry of this order.

May 17, 2022
Effective Date

United States District Judge

AH 4089953