1
2
3
4   FILED
    CLERK, U.S. DISTRICT COURT
5
    MAR - 4 2025
6
    CENTRAL DISTRICT OF CALIFORNIA
7   EASTERN DIVISION    BY DEPUTY
8
9
## UNITED STATES DISTRICT COURT
10
## CENTRAL DISTRICT OF CALIFORNIA
11
12
13
14
15  UNITED STATES OF AMERICA,        ) 5:22-CR-145-JGB
16          Plaintiff,                )
                                      ) ORDER OF DETENTION AFTER
17      v.                            ) HEARING ( Fed.R.Crim.P. 32.1(a)(6)
                                      ) Allegations of Violations of Probation
18  CESAR BAUTISTA                    ) Supervised Release)
                                      ) Conditions of Release)
19                                    )
          Defendant.                  )
20
        On arrest warrant issued by a United States District Court involving alleged
21
    violations of conditions of probation or Supervised Release,
22
        The court finds no condition or combination of conditions that will
23
    reasonably assure:
24
        (A)  (✓)  the appearance of defendant as required; and/or
25
        (B)  ( )  the safety of any person or the community.
26
    //
27
    //
28

The court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____

_____

_____

_____

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

- PRIOR VIOLATION OF SUPERVISED RELEASE
- FAILURE TO ENROLL IN RESIDENTIAL / ABSCONDING FROM SUPERVISION (ALLEGATION)
- ABSCONDING STATUS FOR ALMOST 2 YEARS

IT IS ORDERED that defendant be detained.

DATED: 3/4/25

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

2